UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------x
MINGO ESPINOSA,

            Movant,

    v.                                    Criminal No: 3:02CR187(CFD)
                                      Civil No:   3:04CV1210 (CFD)

UNITED STATES OF AMERICA,

            Respondent.                MOTION FOR DECISION
------------------------------------------x

    Movant on July 17, 2004, submitted a petition, pursuant to Title 28 U.S.C. §2255 to vacate, set aside and/or correct a sentence. On August 6, 2004, this court ordered the respondent to answer, and on September 5, 2004, Movant received the government's reply. On March 7, 2005, Movant filed a suppliment or traverse to the government's answer.

    WHEREFORE, the court being fully briefed on this petition, Movant prays the court for a final decision and order, and any, and all, other relief deemed just and equitable.

Dated: May 12, 2005

                                                    Respectfully submitted,

                                                    Mingo Espinosa
                                                    #14748-014
                                                    FCI - Camp Otisville
                                                    P.O. Box 1000
                                                    Otisville, NY 10963-1000

                        CERTIFICATE OF SERVICE

    I hereby certify that on this 12 day of May 2005, I personally caused the foregoing to be sent by copies by U.S. Mail in a properly addressed envelope to the following:

                        Michael J. Gustafson, Esq.
                        Assistant United States Attorney
                        450 Main Street
                        Hartford, CT 06103

                                                    Mingo Espinosa